FILED & ENTERED

AUG 14 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>2440 HOLLY DR. LLC,<br><br><br><br>Debtor(s). | Case No.: 2: 19-19404 BR<br><br>CHAPTER 7<br><br>**ORDER DISMISSING CASE** |

On August 13, 2019, the debtor filed a bankruptcy case without counsel. Pursuant to Local Rule 9011-2(a), a corporation, partnership or unincorporated association may not file a petition or otherwise appear in any case or proceeding without counsel.

IT IS THEREFORE ORDERED that the above bankruptcy case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED

### Date: August 14, 2019

_____
Barry Russell
United States Bankruptcy Judge