

**FILED & ENTERED**

**AUG 14 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>2440 Holly Dr LLC,<br><br><br><br><br>                        Debtor(s). | Case No.: 2:19-bk-19404-BR<br><br>CHAPTER 7<br><br>**ORDER NOT SETTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>Date:<br>Time:<br>Courtroom: |

    This Matter is before the Court on the Movant's "Application For Order Setting Hearing on Shortened Notice and Motion In Individual Case For Order Imposing A Stay Or Continuing The Automatic Stay As The Court Deems Appropriate" filed on August 14, 2019.

    On August 14, 2019, the Court dismissed the above bankruptcy case. Therefore,

-1-

-2-

the Motion for Order Imposing A Stay Or continuing The Automatic Stay As the Court Deems Appropriate will not be scheduled for a hearing.

    IT IS SO ORDERED.

###

Date: August 14, 2019

_____
Barry Russell
United States Bankruptcy Judge